# United States Court of Appeals
## For the Eighth Circuit

_____

No. 19-2089

_____

Leonardo Morales-Roque

*Petitioner*

v.

William P. Barr

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: April 2, 2020
Filed: May 4, 2020
[Unpublished]

_____

Before COLLOTON, WOLLMAN, and KELLY, Circuit Judges.

_____

PER CURIAM.

Mexican citizen Leonardo Morales-Roque petitions for review of an order of the Board of Immigration Appeals denying his motion to reopen his removal proceedings. After careful consideration of the petition, we find no basis for reversal. See Vargas v. Holder, 567 F.3d 387, 391 (8th Cir. 2009) (reviewing denial of motion to reopen for abuse of discretion); see also Xiu Ling Chen v. Holder, 751 F.3d 876,

878 (8th Cir. 2014) (motion to reopen based on new evidence must present evidence that would likely change the result); <u>Ortiz-Puentes v. Holder</u>, 662 F.3d 481, 484-85 (8th Cir. 2011) (requirements for motion to reopen based on ineffective assistance of counsel).

      The petition is denied.  <u>See</u> 8th Cir. R. 47B.

_____